FILED
12/18/20 6:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-22147-GLT |
| | : | Chapter 7 |
| **RONALD S. JONES,** | : | |
| *Debtor.* | : | |
| | : | |
| **ROBERT SHEARER,** | : | |
| *Plaintiff,* | : | |
| | : | Adversary No. 19-02096-GLT |
| v. | : | |
| | : | Hearing: **January 7, 2021 at 10 a.m.** |
| **GRACE M. BETANCOURT-JONES,** and **RONALD S. JONES**, | : | Response: **January 4, 2021** |
| | : | Related to Dkt. No. 62 |
| *Defendants.* | : | |

## ORDER TO SHOW CAUSE

This matter is before the Court upon the *Mediator's Certificate of Completion of Mediators Conference* [Dkt. No. 62] (the "Certificate") filed by Judith K. Fitzgerald, Esq. on November 24, 2020. The *Certificate* represents that a settlement/resolution of the matters in dispute was reached between the chapter 7 trustee and Mr. and Ms. Jones. Pursuant to W.PA.LBR 9019-6(b), if a settlement is reached at a mediation, a party designated by the mediator shall submit a fully executed stipulation and proposed order to the Court with seven (7) calendar days after the conclusion of mediation. As of the date of this *Order*, a stipulation and proposed order have not been filed.

Based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A show cause hearing is scheduled for **January 7, 2021 at 10 a.m.** where Samuel R. Grego, Esq. and Glenn R. Bartifay, Esq. shall personally appear (as provided in paragraph 2) to show cause why the Court should not hold them in contempt for their failure to comply with the Local Rules and Procedures of this Court. To the extent Counsel is found in contempt, the Court will also consider whether sanctions may be appropriate.

2. The hearing will be held via Zoom video conference. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m.** on the business day prior to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf.)

3. On or before **January 4, 2021**, Counsel may file any response to this *Order*. If no timely response is received, the Court may issue a ruling on this *Order* without further notice or hearing.

4. If all necessary corrective action is taken on or before **January 4, 2021**, the Court may consider vacating this *Order to Show Cause* and cancelling the hearing.

Dated: December 18, 2020

GREGORY J. TADDONIO hct
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Samuel Grego, Esq.
Glenn Bartifay, Esq.

2